| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | DARIN ROCK<br>Special Assistant U.S. Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GINA M. BRIANO<br><br>　　　　　Defendant. | Case No. 1:18-po-00001-SAB<br><br>[Citation #6238427 CA/8]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00001-SAB [Citation #6238427] against GINA M. BRIANO without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 18, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　McGregor W. Scott
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　/s/ Darin Rock
　　　　　　　　　　　　　　　　　　　　DARIN ROCK
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00001-SAB [Citation #6238427] against GINA M. BRIANO be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **January 18, 2018**

UNITED STATES MAGISTRATE JUDGE